# ISIDRO A. SANCHEZ ET AL.

### v.

# MARIA GESTERA DE UBARRI.

---

San Juan, Bankruptcy, No. 111.

### FRAUD IN BANKRUPTCY.

Bankruptcy—Verification.

1. A petition cannot be verified before the petitioner's attorney. Administering an oath is a quasi judicial act.

Sanchez v. Gestera de Ubarri.

Same—Hindering Creditors.

> 2. The bankruptcy law does not require more detail in allegation than the creditors could reasonably furnish. An allegation of fact showing intent to hinder or delay creditors is sufficient without adding fraud.

Opinion filed October 29, 1914.

---

*Messrs. Matrinez & Besosa* for petitioners.

*Mr. Frank Antonsanti* for bankrupt.

HAMILTON, Judge, delivered the following opinion:

1. Upon the argument it was confessed that the verification of the petition was improper, in that it was made by the petitioner before his attorney. Administering an oath is a quasi judicial matter, and the ordinary rule applies that a person in interest cannot act. Note in 95 Am. Dec. 378; Jarvis-Conklin Mortg. Trust Co. v. Willhoit, 84 Fed. 515. The amended petition, however, has now been verified before another official, and so the point is taken out of the case.

2. The demurrer as refiled raises the question of proper allegations in a petition in bankruptcy seeking to allege, under the bankruptcy law, the point as to hindering, delaying, or defrauding creditors. Bankruptcy Act 1898, § 3. It is contrary to the spirit of the bankruptcy law to require more detail than the creditors could probably furnish. Re Mero, 12 Am. Bankr. Rep. 171. And it is also true that, if there is an intent to hinder or delay creditors, fraud is unnecessary, although it will frequently coexist. Re Hughes, 183 Fed. 872, 25 Am. Bankr.

Sanchez v. Gestera de Ubarri.

Rep. 556. But allegations should be more definite than merely to furnish the possibility of such intent. It must appear from them that the purpose of the debtor at the time of making transfers was to put his property beyond the reach of creditors. This seems to be the fair construction of the amended petitions.

The demurrer therefore is overruled. It is so ordered.